**CITY OF GREENVILLE, etc.,**
**Plaintiff–Appellee,**

v.

**W.R. GRACE & CO.,**
**Defendant–Appellant,**

**National Gypsum Company,**
**Amicus Curiae.**

**No. 86–2096.**

United States Court of Appeals,
Fourth Circuit.

Jan. 20, 1988.

Upon consideration of the appellant's petition for rehearing,

IT IS ORDERED that the petition for rehearing is denied.

IT IS FURTHER ORDERED that the appellant's motion for stay of mandate is denied.

Entered at the direction of Judge Ervin, with the concurrence of Judge Phillips and Judge Chapman.